# MAY, 1908.

### No. 1635.

R. V. DAVIDSON ET AL. v. GALVESTON. HARRISBURG & SAN ANTONIO RAILWAY COMPANY ET AL.

### No. 1636.

R. V. DAVIDSON ET AL. v. MISSOURI, KANSAS & TEXAS RAILWAY COMPANY OF TEXAS ET AL.

### No. 1637

R. V. DAVIDSON ET AL. v. GULF, COLORADO & SANTA FE RAILWAY COMPANY ET AL.

### No. 1638.

R. V. DAVIDSON ET AL. v. INTERNATIONAL & GREAT NORTHERN RAILROAD COMPANY ET AL.

### No. 1639.

R. V. DAVIDSON ET AL. v. ST. LOUIS SOUTHWESTERN RAILWAY COMPANY OF TEXAS ET AL.

Decided May 6, 1908.

**Taxation—Injunction—Adequate Remedy—Suit Against State, Case Followed.**

The rulings in Stephens v. Texas and Pacific Railway Company. 100 Texas, 127, followed and held decisive of these cases.   (P. 535.)

Writs of error to the Court of Civil Appeals for the Third District in five several appeals from Travis County.

The defendants in error each brought suit against Davidson. Attorney-General and John W. Stephens, Comptroller, and John W. Robbins, Treasurer of the State, to enjoin the collection of a tax, and appealed from a judgment in favor of defendants. The judgments having been reversed and rendered in favor of appellants, the appellees obtained writ of error.

*Robert V. Davidson,* Attorney-General, and *Wm. E. Hawkins* and *Jewel P. Lightfoot,* Assistants, for plaintiffs in error.

*Baker, Botts, Parker & Garwood,* for the Galveston. Harrisburg & San Antonio Railway Company et al.

*Thomas J. Freeman,* for the Texas & Pacific Railway Company.

*J. W. Terry,* for the Gulf, Colorado & Santa Fe Railway Company et al.

*T. S. Miller,* for the Missouri, Kansas & Texas Railway Company of Texas.

*N. A. Stedman,* for the International & Great Northern Railroad Company.

*E. B. Perkins,* for the St. Louis Southwestern Railway Company of Texas.

MR. CHIEF JUSTICE GAINES delivered the opinion of the court.
The above styled cases involved the same questions which were decided in the case of Jno. W. Stephens et al. v. Texas & Pacific Ry. Co., decided by this court on November 9, 1906 (100 Texas, 177). That case was argued orally and it was understood that the argument applied to the present cases. For the reasons given in the opinion in that case, in the foregoing cases the judgments of the Court of Civil Appeals are reversed and judgments of the District Court affirmed.

*Reversed and judgments of District Court affirmed.*